

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

IN RE: HENRY EDWARD ANDERSON
& DIANE ANDERSON                                     **CHAPTER 13**

**DEBTORS**                                           **CASE NO. 14-12391 JDW**

## ORDER AVOIDING LIEN

This matter came before the Court on the motion of Debtor's Motion to Avoid Lien of Non-Possessory, Non-Purchase Money Security Interest of Creditor Fidelity National Loans no response having been filed by the deadline set by the Court, the Court finds as follows:

IT IS, THEREFORE, ORDERED that the lien against the **18" Gold Rope Necklace, Diamond Tennis Bracelet, Gold Bangle Bracelet, Gold Hoop Earrings, 3-Gold Bracelets, Snapper Riding Mower, Gas Weedeater, Craftsman Tools, HP Computer, HP Printer and, Digital Camera,** held by Fidelity National Loans, upon completion of the Debtor's plan and issuance of a discharge under 11 U.S.C. Section 1328(a) and not otherwise and the lien shall not survive bankruptcy, affix to or remain enforceable against the Debtors and their exempt property.

#ENDOFORDER#

PREPARED BY:

KAREN B. SCHNELLER, MSB #6558
ROBERT H. LOMENICK, JR., MSB #104186
NORTH MS BANKRUPTCY GROUP
126 NORTH SPRING STREET
P.O. BOX 417
HOLLY SPRINGS, MS 38635
662-252-3224/karen.schneller@gmail.com
rhlomenick@gmail.com